# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MARY J. WHITE                                                                                                          PLAINTIFF

v.                                              4:12CV00110-BRW

CAROLYN W. COLVIN,
Commissioner of the Social Security Administration

                                                                                                                     DEFENDANT

## **FINAL JUDGMENT**

Pursuant to the Order entered in this case on this date,  IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of March, 2013.

                                                         /s/Billy Roy Wilson
                                    UNITED STATES DISTRICT JUDGE