**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MARY J. WHITE                                                                                            PLAINTIFF

v.                                        4:12CV00110-BRW
CAROLYN W. COLVIN,
Commissioner of the Social Security Administration
                                                                                                              DEFENDANT

**FINAL JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is AFFIRMED and Plaintiff's case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of March, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE